

**Mary Anne McLane Detweiler, Esq.**

Letsbelegal.com
Commonwealth Building
260 Chapman Road, Suite 201
Newark, Delaware 19702
Phone 302-894-4357
maryamclane@letsbelegal.com

February 3, 2017

**VIA ELECTRONIC FILING**
The Honorable Richard G. Andrews
U.S. District Court for the
  District of Delaware
844 North King Street, Unit 9
Wilmington, DE  19801-3570

**RE:    Brady v. LVNV Funding, LLC, et al.**
          **C.A. No.:  1:16-cv-01232-RGA**

Dear Judge Andrews:

This letter is to inform the Court that a settlement has been reached between the parties.  Proper dismissal papers will be filed as soon as the Settlement Release is finalized.

If you have any further questions or concerns, please feel free to contact me directly.

Respectfully,

*/s/ Mary Anne McLane Detweiler*

Mary Anne McLane Detweiler
Counsel for Plaintiff

MAMD:db

cc:  Clerk of the Court (Via U.S. Mail)
       All Counsel of Record (Via Electronic Filing)