UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER BRADY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LVNV FUNDING, L.L.C., )<br>a Delaware limited liability company, )<br>RESURGENT CAPITAL SERVICES, L.P., )<br>a Delaware limited partnership, )<br>SHERMAN ACQUISITIONS, LLC, )<br>a Delaware limited liability company, )<br>ARROW FINANCIAL SERVICES, L.L.C., )<br>a Delaware corporation, )<br>SCHLEE & STILLMAN, L.L.C., )<br>a Maryland limited liability company, )<br>LYONS, DOUGHTY AND VELDHUIS, P.A., )<br>a Delaware professional association, )<br>WHITEHEAD LAW, LLC, )<br>a Delaware limited liability company, )<br>and ANDREW WHITEHEAD, ESQ., )<br>)<br>Defendants. ) | Case No. 1:16-cv-01232-RGA<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)

**PLEASE TAKE NOTICE** that, pursuant to Federal Court Civil Rule 41(a), Plaintiff Jennifer Brady hereby **DISMISSES** the above-captioned action with prejudice, pursuant to Agreement by and among the parties. This Action shall be and hereby is dismissed with prejudice, and a judgment of dismissal with prejudice may be entered in the case.

LAW OFFICE OF MARY HIGGINS

By: /s/Mary Higgins
Mary Higgins, Esquire (ID #4179)
Mary Anne McLane Detweiler (ID #3415)
260 Chapman Road, Suite 201
Newark, DE 19713
(ph) 302-894-4357
mary.higgins@letsbelegal.com
Attorney for Plaintiff Jennifer Brady

Dated April 24, 2017

SO ORDERED this 24 day of April, 2017

_____
United States District Judge